IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KEVIN WHITFIELD,

    Plaintiff,

v.    CASE NO. 1:13-cv-00199-MP-CAS

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 29, 2014. (Doc. 18).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has passed, and none have been filed.  Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation (doc. 18) is adopted and incorporated by reference in this order.

2.     The final determination of the Commissioner of Social Security denying Plaintiff's applications for Disability Insurance Benefits and Supplemental Security Income is AFFIRMED.

**DONE AND ORDERED** this   *27th* day of June, 2014

    *s/Maurice M. Paul*
    Maurice M. Paul, Senior District Judge